Fill in this information to identify the case:

United States Bankruptcy Court for the:
Western District of Texas

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Chilaquiles Factory, LLC

**2. All other names debtor used in the last 8 years**  Chilaquiles Factory

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  83-2483530

**4. Debtor's address**

**Principal place of business**
200 Buttercup Creek Blvd Ste 130
Number    Street

Cedar Park, TX 78613-3732
City    State    ZIP Code

Williamson
County

**Mailing address, if different from principal place of business**
911 Cricket Cv
Number    Street

P.O. Box

Cedar Park, TX 78613-3443
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**
Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**  https://chilaquilesfactory.com/

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Chilaquiles Factory, LLC  
      Name

Case number (if known) _____

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☒ None of the above<br><br>**B.** *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  7 2 5 5 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply:*<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes. District _____ When ___/___/____ Case number _____<br>                            MM / DD / YYYY<br>        District _____ When ___/___/____ Case number _____<br>                            MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>        District _____ When ___/___/____<br>                              MM / DD / YYYY<br>        Case number, if known _____ |

Debtor     Chilaquiles Factory, LLC                             Case number *(if known)* _____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                               Number        Street

_____
City                State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
             Contact name _____
             Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999     ☐ 10,001-25,000                         ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000               ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor __Chilaquiles Factory, LLC_____  Case number (if known) _____
      Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/17/2022__
            MM/ DD/ YYYY

X _/s/ Olga Bradley_____           __Olga Bradley_____
Signature of authorized representative of debtor           Printed name

Title _____Member_____

**18. Signature of attorney**

X ____/s/ Stephen W Sather_____      Date __03/17/2022__
Signature of attorney for debtor                         MM/ DD/ YYYY

__Stephen W Sather_____
Printed name

__Barron & Newburger, P.C._____
Firm name

__7320 N. MoPac Expressway 400_____
Number       Street

__Austin_____   __TX_____   __78731_____
City                                    State           ZIP Code

__(512) 649-3243_____   __ssather@bn-lawyers.com_____
Contact phone                                  Email address

__17657520_____   __TX_____
Bar number                                       State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

   a. Total assets      $0.00
   b. Total debts (including debts listed in 2.c., below)      $119,408.56
   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐ unsecured ☐ subordinated ☐
   secured ☐ unsecured ☐ subordinated ☐
   secured ☐ unsecured ☐ subordinated ☐
   secured ☐ unsecured ☐ subordinated ☐
   secured ☐ unsecured ☐ subordinated ☐

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Fill in this information to identify the case:**

Debtor name __Chilaquiles Factory, LLC__

United States Bankruptcy Court for the:
__Western District of Texas__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/17/2022__
MM/ DD/ YYYY

X *Olga Bradley*
Signature of individual signing on behalf of debtor

Olga Bradley
Printed name

Member
Position or relationship to debtor

Official Form B202   Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: Chilaquiles Factory, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Armstrong Buttercup Creek, L.P.<br>c/o DT Land Group, Inc.<br>2414 Exposition Blvd Ste D200<br>Austin, TX 78703-2276 | | | | | | $11,600.00 |
| 2 | Comptroller of Public Accounts<br>Rev. Acctg. Sec.--Bkr Div.<br>Po Box 13528<br>Austin, TX 78711-3528 | | Taxes Owed | | | | $4,691.96 |
| 3 | JPMorgan Chase Bank, N.A.<br>PO Box 182051<br>Jeffersonville, OH 43128 | | Toast Capital Loan | | | | $33,894.67 |
| 4 | Mood Texas<br>PO Box 117<br>San Antonio, TX 78291 | | Vendor | | | | $536.92 |
| 5 | Navitas Credit Corp<br>Attn: Bankruptcy Dept.<br>203 Fort Wade Rd Unit 300<br>Ponte Vedra, FL 32081-5159 | | | | | | $3,495.33 |
| 6 | Nuco2<br>PO Box 9011<br>Stuart, FL 34995 | | Vendor | | | | $780.00 |
| 7 | People Fund<br>P.O. Box 201940<br>Dallas, TX 75230 | | | | | | $32,000.00 |
| 8 | People Fund<br>P.O. Box 201940<br>Dallas, TX 75230 | | | | | | $12,000.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor     Chilaquiles Factory, LLC     Case number *(if known)* _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Truist<br>214 N. Tryon St<br>Charlotte, NC 28202 | | Loan | | | | $12,646.01 |
| 10 | Truist<br>214 N. Tryon St<br>Charlotte, NC 28202 | | Loan | | | | $6,263.67 |
| 11 | Williamson Co. Tax Ass-Coll<br>710 S. Main Street<br>Georgetown, TX 78626 | | | | | | $1,500.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2

**Armstrong Buttercup Creek, L.P.**
c/o DT Land Group, Inc.
2414 Exposition Blvd Ste D200
Austin, TX 78703-2276

**Atmos Energy**
P.O. Box 650654
Dallas, TX 75265

**Olga Bradley**
911 Cricket Cove
Cedar Park, TX 78613

**Cintas Corporation**
PO Box 650838
Dallas, TX 75265-0838

**Comptroller of Public Accounts**
Rev. Acctg. Sec.--Bkr Div.
Po Box 13528
Austin, TX 78711-3528

**Cozzini Brothers**
4500 N Sam Houston Pkwy W Ste 170
Houston, TX 77086-1474

**DIRECTV**
PO Box 78626
Phoenix, AZ 85062

**Ecolab, Inc.**
PO Box 70343
Chicago, IL 60673

**Fiesta Tortillas**
3800 Promontory Point Dr
Austin, TX 78744

**Impact Finance**
Po Box 515119
Dallas, TX 75251-5119

**Jlozano Produce**
1500 S. Zarzamora St Unit 428
San Antonio, TX 78207

**JPMorgan Chase Bank, N.A.**
PO Box 182051
Jeffersonville, OH 43128

**Kristy Cortez**
3600 W Parmer Ln Ste 105
Austin, TX 78727-4108

**Mood Texas**
PO Box 117
San Antonio, TX 78291

**Navitas Credit Corp**
Attn: Bankruptcy Dept.
203 Fort Wade Rd Unit 300
Ponte Vedra, FL 32081-5159

**Nuco2**
PO Box 9011
Stuart, FL 34995

**Pedernales Electric Coop**
P.O. Box 1
Johnson City, TX 78636

**People Fund**
P.O. Box 201940
Dallas, TX 75230

**Pepsi Co**
9101 Wall Street
Austin, TX 78754

**Pro Ice Solutions**
100 E. Whitestone Falls Pkwy
Cedar Park, TX 78613

**SimpliSafe**
294 Washington Street 9th Fl
Boston, MA 02108

**Spectrum Business**
PO Box 460849
San Antonio, TX 78246

**Spothopper**
7330 W. Greenfield Avenue Ste 205
Milwaukee, WI 53214

**Truist**
214 N. Tryon St
Charlotte, NC 28202

**Twin Liquors**
519 E. 7th Street
Austin, TX 78701

**Waste Management, Inc**
800 Capitol St Ste 3000
Houston, TX 77002-2945

**Williamson Co. Tax Ass-Coll**
710 S. Main Street
Georgetown, TX 78626

**Xtrachef**
135 W 29th St Fl 12
New York, NY 10001-5152

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Chilaquiles Factory, LLC**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____03/17/2022_____  Signature _*Olga Bradley*_____

Olga Bradley, Member