**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**GARY WRIGHT**
**ASSISTANT UNITED STATES TRUSTEE**
**J. CASEY ROY**
**TRIAL ATTORNEY**
**903 SAN JACINTO BLVD., ROOM 230**
**AUSTIN, TX 78701**
**Telephone: (512) 916-5328**
**Fax: (512) 916-5331**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 22-10170-hcm** |
| **CHILAQUILES FACTORY, LLC,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**ERIC TERRY**
**3511 BROADWAY**
**SAN ANTONIO, TX 78209**
**eric@ericterrylaw.com**
**(210) 468-8234**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: March 18, 2022

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:     */s/ J. Casey Roy*
J. Casey Roy
Trial Attorney
TX State Bar No. 00791578
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
Telephone: (512) 916-5328
Fax: (512) 916-5331
Casey.Roy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE** was served upon the parties on the attached list (not attached to service copies) by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on March 18, 2022.

By:    */s/ J. Casey Roy*
J. Casey Roy
Trial Attorney
TX State Bar No. 00791578
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
Telephone: (512) 916-5328
Fax: (512) 916-5331
Casey.Roy@usdoj.gov