# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

Bankruptcy Case No.: 22–10170–hcm
Chapter 11 Subchapter V

IN RE: **Chilaquiles Factory, LLC** , Debtor(s)

## ORDER ESTABLISHING DATE FOR STATUS HEARING

The above referenced debtor filed a petition for relief under Chapter 11 and has elected to be treated under Subchapter V as a small business debtor. The Court finds that, pursuant to 11 U.S.C. § 1188, the following Order should be entered.

IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN THAT:

1 . **Status Hearing Set For 4/25/2022 at 01:00 PM at us–courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. . Parties may also attend the hearing by phone at 650–479–3207 with access code 160 357 6609#** as required by 11 U.S.C. § 1188(a). The debtor, counsel for the debtor and the trustee should attend the status conference.

2. The debtor shall file with the court and serve upon the trustee and all parties in interest, a report that details the efforts the debtor has taken and will undertake to attain a consensual plan of reorganization, such report should be filed not later than 14 days before the date of the status conference, as required by 11 U.S.C. § 1188(c).

3. The Clerk of the Court shall cause a copy of this order to be served upon the debtor, the trustee, and all creditors and parties in interest set forth on the mailing matrix in this case.

Dated: 3/21/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Ronda Farrar

[Status Hearing Order (SV)] [OsthrgSubv]