IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CHILAQUILES FACTORY, LLC | § | CASE NO. 22-10170 |
| | § | |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel to **Armstrong Buttercup Creek, LP.,** a creditor and party-in-interest in the above-referenced case, hereby files this Notice of Appearance and Demand for Service of pleadings and Other filings, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests that the Clerk place counsel listed below on the matrix and list of creditors, if not already done, so as to receive all documents, pleadings, exhibits in this case, and that all notices given or required to be served in this case be served at the following address:

Michael Deitch
The Deitch Law Office
800 Rio Grande
Austin, Texas 78701
Telephone: 512/ 474-1554
Facsimile: 512/ 474-1579
Email: mike@deitchlaw.com
and lois@deitchlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service and does not constitute a consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Respectfully submitted,

THE DEITCH LAW OFFICES
800 Rio Grande
Austin, TX 78701
512/ 474-1554
512/ 474-1579 (fax)
mike@deitchlaw.com (e-mail)
brian@deitchlaw.com (e-mail)

By: */s/ Michael Deitch*_____
    MICHAEL DEITCH
    State Bar Number 05644550

**COUNSEL FOR Armstrong Buttercup Creek, LP.,**

CERTIFICATE OF SERVICE

The undersigned certifies that on March 21, 2022 a true and correct copy of the foregoing was served electronically via the Court's ECF noticing system on all parties registered to receive notice.

    */s/ Michael Deitch*_____
    MICHAEL DEITCH