IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **CHILAQUILES FACTORY, LLC** | § | Case No. 22-10170 |
| | § | |
| Debtor | § | (Chapter 11) |
| | § | |

## NOTICE OF FINAL HEARING ON DEBTOR'S MOTION FOR USE OF CASH COLLATERAL [Dkt. 3]

The Court has scheduled an expedited hearing on Debtors' *Final Motion for Use of Cash Collateral [Dkt. 3]* filed by Chilaquiles Factory, LLC.

PLEASE TAKE NOTICE that the expedited hearing will be held on **April 4, 2022, at 2:00 p.m.** via WebEx at https://us-courts.webex.com/meet/Mott or Phone. Call 650-479-3207 Code: 160 357 6609#.

DATED: March 22, 2022

                                                Respectfully Submitted,

                                                **BARRON & NEWBURGER, P.C.**
                                                7320 N. Mopac Expy, Suite 400
                                                Austin, Texas 78731
                                                (512) 476-9103 Ext. 220
                                                (512) 476-9253 Facsimile

                              By:    */s/ Stephen W. Sather*
                                          Stephen W. Sather
                                          State Bar No. 17657520
                                          **ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2022 a true and correct copy of the foregoing was served by electronic transmission and/or by United States Mail, postage pre-paid to all those on the parties on the attached Matrix and to the following email addresses:

Ryan P. Dunn – People Fund at ryan@dunnpllc.com
Michael Deitch at Mike@deitchlaw.com

                                                        */s/* Stephen W. Sather

```
Label Matrix for local noticing          Chilaquiles Factory, LLC                 U.S. BANKRUPTCY COURT
0542-1                                   911 Cricket Cv                           903 SAN JACINTO, SUITE 322
Case 22-10170-hcm                        Cedar Park, TX 78613-3443                AUSTIN, TX 78701-2450
Western District of Texas
Austin
Thu Mar 17 17:07:14 CDT 2022

Armstrong Buttercup Creek, L.P.          Atmos Energy                             Cintas Corporation
c/o DT Land Group, Inc.                  P.O. Box 650654                          PO Box 650838
2414 Exposition Blvd Ste D200            Dallas, TX 75265                         Dallas, TX 75265-0838
Austin, TX 78703-2276


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Cozzini Brothers                         (p)DIRECTV LLC
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION  4500 N Sam Houston Pkwy W Ste 170    ATTN BANKRUPTCIES
PO BOX 13528                             Houston, TX 77086-1474                   PO BOX 6550
AUSTIN TX 78711-3528                                                              GREENWOOD VILLAGE CO 80155-6550


Ecolab, Inc.                             Fiesta Tortillas                         Impact Finance
PO Box 70343                             3800 Promontory Point Dr                 Po Box 515119
Chicago, IL 60673-0343                   Austin, TX 78744                         Dallas, TX 75251-5119


JPMorgan Chase Bank, N.A.                Jlozano Produce                          Kristy Cortez
PO Box 182051                            1500 S. Zarzamora St Unit 428            3600 W Parmer Ln Ste 105
Jeffersonville, OH 43128                 San Antonio, TX 78207-7209               Austin, TX 78727-4111


Mood Texas                               (p)NAVITAS CREDIT CORP                   Nuco2
PO Box 117                               ATTN JOYCE MCKULKA                       PO Box 9011
San Antonio, TX 78291-0117               201 EXECUTIVE CENTER DR SUITE 100        Stuart, FL 34995-9011
                                         COLUMBIA SC 29210-8410


Olga Bradley                             Pedernales Electric Coop                 People Fund
911 Cricket Cove                         P.O. Box 1                               P.O. Box 201940
Cedar Park, TX 78613-3443                Johnson City, TX 78636-0001              Dallas, TX 75320-1940


Pepsi Co                                 Pro Ice Solutions                        SimpliSafe
9101 Wall Street                         100 E. Whitestone Falls Pkwy             294 Washington Street 9th Fl
Austin, TX 78754-4540                    Cedar Park, TX 78613                     Boston, MA 02108-4634


Spectrum Business                        Spothopper                               Truist
PO Box 460849                            7330 W. Greenfield Avenue Ste 205        214 N. Tryon St
San Antonio, TX 78246-0849               Milwaukee, WI 53214-4745                 Charlotte, NC 28202-1078


Twin Liquors                             United States Trustee - AU12             Waste Management, Inc
519 E. 7th Street                        United States Trustee                    800 Capitol St Ste 3000
Austin, TX 78701-3318                    903 San Jacinto Blvd, Suite 230          Houston, TX 77002-2945
                                         Austin, TX 78701-2450
```

| | | |
|---|---|---|
| Williamson Co. Tax Ass-Coll<br>710 S. Main Street<br>Georgetown, TX 78626-5703 | Xtrachef<br>135 W 29th St Fl 12<br>New York, NY 10001-5152 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Public Accounts<br>Rev. Acctg. Sec.--Bkr Div.<br>Po Box 13528<br>Austin, TX 78711-3528 | DIRECTV<br>PO Box 78626<br>Phoenix, AZ 85062 | Navitas Credit Corp<br>Attn: Bankruptcy Dept.<br>203 Fort Wade Rd Unit 300<br>Ponte Vedra, FL 32081-5159 |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32